UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | HON. CATHY WALDOR |
| V. | : | Mag. No. 14-7258 |
| BARBARA BROWN<br>PHILIP CHARLES DE GRUCHY | : | SEALING ORDER |

This matter having come before the Court upon the application of the United States of America (LESLIE F. SCHWARTZ, Assistant U.S. Attorney, appearing), for an application that the complaint against Barbara Brown and Philip Charles de Gruchy be filed under seal, and good cause having been shown,

IT IS, on this 18th day of November, 2014,

ORDERED that the complaint and all other documents filed in this matter be and hereby are SEALED until further order of the Court.

CATHY WALDOR
United States Magistrate Judge